___ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-08386-PCT-SPL (BSB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Jarvis Lee, | VIO: 18 U.S.C. §§ 1153 and 113(a)(3) (CIR - Assault with a Dangerous Weapon) Count 1 |
| Defendant. | 18 U.S.C. §§ 1153 and 113(a)(6) (CIR - Assault Resulting in Serious Bodily Injury) Count 2 |
| | 18 U.S.C. §§ 1153 and 113(a)(7) (CIR - Domestic Assault Resulting in Substantial Bodily Injury) Count 3 |
| | 18 U.S.C. §§ 1153 and 1201 (CIR - Kidnapping) Count 4 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT ONE

On or about June 9, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant JARVIS LEE, an Indian, did intentionally and knowingly assault the victim, E.B., with a dangerous weapon, that is, a metal object, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT TWO

On or about June 9, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant JARVIS LEE, an Indian, did intentionally, knowingly, and recklessly assault the victim, E.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT THREE

On or about June 9, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant JARVIS LEE, an Indian, did intentionally, knowingly and recklessly assault the victim, E.B., who was a spouse, intimate partner and a dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT FOUR

On or about June 9, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant JARVIS LEE, an Indian, did unlawfully seize, confine, kidnap, abduct and carry away and hold for ransom or reward or otherwise E.B.

In violation of Title 18, United States Code, Sections 1153 and 1201.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: December 4, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


/S/
WILLIAM G. VOIT
Assistant U.S. Attorney